B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Central District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**FirstFed Financial Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**95-4087449** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6320 Canoga Ave. #1551**<br>**Woodland Hills, CA**<br>ZIP Code **91367** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **FirstFed Financial Corp.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _MDalberg_  6 January 2010<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| FirstFed Financial Corp. |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X ~~Jon Dalberg~~
Signature of Attorney for Debtor(s)
Jon L. R. Dalberg 128259
Printed Name of Attorney for Debtor(s)
Landau Gottfried & Berger LLP
Firm Name
1801 Century Park East
Suite 1460
Los Angeles, CA 90067

_____
Address

(310) 557-0050  Fax: (310) 557-0056
Telephone Number
January 6, 2010          128259
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ~~Babette Heimbuch~~
Signature of Authorized Individual
Babette Heimbuch
Printed Name of Authorized Individual
Chief Executive Officer
Title of Authorized Individual
January 6, 2010
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Rodger M. Landau<br>Landau Gottfried & Berger LLP<br>1801 Century Park East<br>Suite 1460<br>Los Angeles, CA 90067<br>(310) 557-0050 Fax: (310) 557-0056<br>151456<br>☐ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>FirstFed Financial Corp.<br><br>Debtor(s). | CASE NO.:<br>CHAPTER 11<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

| ☒ | Petition, statement of affairs, schedules or lists | Date Filed: | 1/6/2010 |
|---|---|---|---|
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: | |
| ☒ | Other:  Venue Disclosure Form | Date Filed: | 1/6/2010 |

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

| _Babette Heimbuch_ | 1/6/2010 |
|---|---|
| Signature of Authorized Signatory of Filing Party | Date |

Babette Heimbuch
*Printed Name of Authorized Signatory of Filing Party*

Chief Executive Officer
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

| _Jon Dalberg_ | 1/6/2010 |
|---|---|
| Signature of Attorney for Filing Party | Date |

Jon L.R. Dalberg
*Printed Name of Attorney for Filing Party*

# United States Bankruptcy Court
## Central District of California

In re  **FirstFed Financial Corp.**

_____

Debtor

Case No. _____

Chapter _____ **11** _____

## Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __**1-9566**_____.

2. The following financial data is the latest available information and refers to debtor's condition on __**December 31, 2009**_____.

   a. Total assets                                         $        **4,473,507.63**

   b. Total debts (including debts listed in 2.c.,below)   $      **159,652,187.50**

   c. Debt securities held by more than 500 holders.

| | | | | Approximate number of holders |
|---|---|---|---|---|
| secured / /  unsecured / /  subordinated / / | $ | **0.00** | | **0** |
| secured / /  unsecured / /  subordinated / / | $ | **0.00** | | **0** |
| secured / /  unsecured / /  subordinated / / | $ | **0.00** | | **0** |
| secured / /  unsecured / /  subordinated / / | $ | **0.00** | | **0** |
| secured / /  unsecured / /  subordinated / / | $ | **0.00** | | **0** |

   d. Number of shares of preferred stock                   **0**                **0**

   e. Number of shares of common stock             **13,684,553**                **0**

   Comments, if any:

3. Brief description of debtor's business:
   **Holding Company for First Federal Bank of California**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Findim Group S.A.**
   **16 Rue Erasme**
   **L 1468 Luxembourg**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

ACTION BY WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF
FIRSTFED FINANCIAL CORP.
DATED January 6, 2010

The undersigned, constituting all the members of the Board of Directors ("Board") of FirstFed Financial Corp. (the "Corporation"), by their signatures below, and in accordance with Article III Section One of the Bylaws, and pursuant to Section 307(b) of the California Corporations Code, hereby adopt the following resolutions by this Unanimous Written Consent:

**WHEREAS,** the Board of Directors believe that it is in the best interest of the Corporation to adopt the following resolutions:

**RESOLVED,** that it is in the best interest of the Corporation, its creditors, employees, and other interested parties that a petition be filed by the Corporation seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

**RESOLVED,** that the Law Firm of Landau Gottfried & Berger LLP, 1801 Century Park East, Suite 1460, Los Angeles, CA 90064 shall be employed as attorney for the Corporation to file the Corporation's Chapter 11 case;

**RESOLVED,** that the Corporation shall be, and hereby is, authorized, directed and empowered to retain, on behalf of the Corporation, the following professionals: (a) Manatt Phelps & Phillips, LLP, as Special Litigation Counsel; and (b) such additional professionals or independent contractors, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants or brokers, as may be necessary in connection with the Corporation's Chapter 11 case and other related matters, on such terms as such officers shall approve;

**RESOLVED,** that Babette Heimbuch, as Chief Executive Officer of the Corporation, be, and he hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to execute a petition for relief under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Central District of California, San Fernando Valley Division, at such time as said officer executing the same shall determine and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect any of the foregoing;

**RESOLVED,** that the following individuals be, and they hereby are, appointed authorized officers of the Corporation in the capacities set forth opposite their names (collectively with Mr. Argrett, the "Authorized Officers" and individually, an "Authorized Officer") and that each of the Authorized Officers be, and they hereby are, acting individually in the name and on behalf of the Corporation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers, and, in connection therewith (collectively, the "Documents"); subject to necessary regulatory approvals (if any), pay all expenses, including filing fees, in each case as shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein,

and to take and perform any and all further acts and deeds which such Authorized Officer deems deem necessary, proper or desirable in connection with the Corporation's Chapter 11 case:

| Authorized Officer | Office |
| --- | --- |
| Babette Heimbuch | CEO, CFO |
| Vikas Arora | General Counsel |

**RESOLVED**, that (i) the form, terms and provisions of the Documents executed, delivered and performed by an Authorized Officer on behalf of the Corporation related to or arising from the resolutions contained herein are ratified, approved and confirmed, (ii) that the transactions described in the Documents are ratified, approved and confirmed, and (iii) that the execution and delivery of the Documents by an Authorized Officer shall be conclusive evidence of the approval of such documents by the Board;

**RESOLVED,** that the Authorized Officers be, and they hereby are, acting individually in the name of and on behalf of the Corporation, authorized, empowered and directed to hire additional employees at the Corporation, engage external resources and to otherwise outsource work to the extent such Authorized Officer deems necessary, advisable, expedient, convenient, proper or desirable in connection with the Corporation's Chapter 11 case; and

**RESOLVED,** that any and all past actions, covenants or promises of the Corporation, or any of the Authorized Officers or directors of the Corporation in the name and on behalf of the Corporation, in furtherance of any or all the preceding resolutions be, and the same hereby are, ratified, confirmed and approved in all respects; and

**RESOLVED**, that these resolutions shall remain in full force and effect until written notice of their repeal shall have been received by the counter-party under, or in the case of the court presiding over the Chapter 11 case the recipient of, the Documents of their repeal and then, any such repeal shall only be effective as to any acts taken after receipt of such written notice.

## EXECUTION BY FACISMILE

**RESOLVED**, that this Unanimous Written Consent may be executed by facsimile, and, upon such execution, shall have the same force and effect as an original.

## EXECUTION IN COUNTERPARTS

**RESOLVED**, that this Unanimous Written Consent may be executed in one or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

This Unanimous Written Consent shall be filed with the minutes of the proceedings of the Corporation's Board of Directors.

[SIGNATURES ON FOLLOWING PAGE]

2

SIGNATURE PAGE
TO
ACTION BY WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF FIRSTFED FINANCIAL CORP.
DATED January 6, 2010

**IN WITNESS WHEREOF**, each of the undersigned has executed this Action by Unanimous Written Consent as of January 6, 2010.

_____
Brian Argrett
Chairman of FirstFed Financial Corp.


_____
Giselle Acevedo


_____
Nicholas C. Biase


_____
James P. Giraldin


_____
Chris Harding


_____
Babette E. Heimbuch


_____
William G. Ouchi


_____
William P. Rutledge


_____
Steven L. Soboroff

SIGNATURE PAGE
TO
ACTION BY WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF FIRSTFED FINANCIAL CORP.
DATED January 6, 2010

**IN WITNESS WHEREOF,** each of the undersigned has executed this Action by Unanimous Written Consent as of January 6, 2010.

_____
Brian Argrett
Chairman of FirstFed Financial Corp.

_____
Giselle Acevedo

_____
Nicholas C. Biase

_____
James P. Giraldin

_____
Chris Harding

_____
Babette E. Heimbuch

_____
William G. Ouchi

_____
William P. Rutledge

_____
Steven L. Soboroff

SIGNATURE PAGE
TO
ACTION BY WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF FIRSTFED FINANCIAL CORP.
DATED January 6, 2010


**IN WITNESS WHEREOF,** each of the undersigned has executed this Action by Unanimous Written Consent as of January 6, 2010.


_____

Brian Argrett
Chairman of FirstFed Financial Corp.


_____

Giselle Acevedo

_____

Nicholas C. Biase


_____

James P. Giraldin


_____

Chris Harding


_____

Babette E. Heimbuch


_____

William G. Ouchi


_____

William P. Rutledge


_____

Steven L. Soboroff

SIGNATURE PAGE
TO
ACTION BY WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF FIRSTFED FINANCIAL CORP.
DATED January 6, 2010

**IN WITNESS WHEREOF**, each of the undersigned has executed this Action by Unanimous Written Consent as of January 6, 2010.

_____
Brian Argrett
Chairman of FirstFed Financial Corp.

_____
Giselle Acevedo

_____
Nicholas C. Biase

_____
James P. Giraldin

_____
Chris Harding

_____
Babette E. Heimbuch

_____
William G. Ouchi

_____
William P. Rutledge

_____
Steven L. Soboroff

SIGNATURE PAGE
TO
ACTION BY WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF FIRSTFED FINANCIAL CORP.
DATED January 6, 2010


**IN WITNESS WHEREOF**, each of the undersigned has executed this Action by Unanimous Written Consent as of January 6, 2010.


_____
Brian Argrett
Chairman of FirstFed Financial Corp.


_____
Giselle Acevedo


_____
Nicholas C. Biase


_____
James P. Giraldin

_____
Chris Harding


_____
Babette E. Heimbuch


_____
William G. Ouchi


_____
William P. Rutledge


_____
Steven L. Soboroff

SIGNATURE PAGE
TO
ACTION BY WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF FIRSTFED FINANCIAL CORP.
DATED January 6, 2010

**IN WITNESS WHEREOF**, each of the undersigned has executed this Action by
Unanimous Written Consent as of January 6, 2010.


_____
Brian Argrett
Chairman of FirstFed Financial Corp.


_____
Giselle Acevedo


_____
Nicholas C. Biase


_____
James  P. Giraldin


_____
Chris Harding

_____
Babette  E. Heimbuch


_____
William  G. Ouchi


_____
William P. Rutledge


_____
Steven  L. Soboroff

SIGNATURE PAGE
TO
ACTION BY WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF FIRSTFED FINANCIAL CORP.
DATED January 6, 2010

**IN WITNESS WHEREOF,** each of the undersigned has executed this Action by Unanimous Written Consent as of January 6, 2010.

---

Brian Argrett
Chairman of FirstFed Financial Corp.

---

Giselle Acevedo

---

Nicholas C. Biase

---

James P. Giraldin

---

Chris Harding

---

Babette E. Heimbuch

---

William G. Ouchi

---

William P. Rutledge

---

Steven L. Soboroff

SIGNATURE PAGE
TO
ACTION BY WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF FIRSTFED FINANCIAL CORP.
DATED January 6, 2010


**IN WITNESS WHEREOF**, each of the undersigned has executed this Action by Unanimous Written Consent as of January 6, 2010.


_____
Brian Argrett
Chairman of FirstFed Financial Corp.


_____
Giselle Acevedo


_____
Nicholas C. Biase


_____
James P. Giraldin


_____
Chris Harding


_____
Babette E. Heimbuch


_____
William G. Ouchi


_____
William P. Rutledge


_____
Steven L. Soboroff

SIGNATURE PAGE
TO
ACTION BY WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF FIRSTFED FINANCIAL CORP.
DATED January 6, 2010

**IN WITNESS WHEREOF,** each of the undersigned has executed this Action by Unanimous Written Consent as of January 6, 2010.

_____
Brian Argrett
Chairman of FirstFed Financial Corp.

_____
Giselle Acevedo

_____
Nicholas C. Biase

_____
James P. Giraldin

_____
Chris Harding

_____
Babette E. Heimbuch

_____
William G. Ouchi

_____
William P. Rutledge

_____
Steven L. Soboroff

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Jon L.R. Dalberg<br>1801 Century Park East<br>Suite 1460<br>Los Angeles, CA 90067<br>(310) 557-0050 Fax: (310) 557-0056<br>California State Bar Number: 128259<br><br>Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>FirstFed Financial Corp. | CASE NO.:<br>ADV. NO.:<br>CHAPTER:    11 |
|---|---|
| Debtor(s).<br>Plaintiff(s).<br>Defendant(s). | |

## Corporate Ownership Statement Pursuant to
### F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  __Babette Heimbuch_____, the undersigned in the above-captioned case, hereby declare
    *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:

       ☒ I am the president or other officer or an authorized agent of the debtor corporation

       ☐ I am a party to an adversary proceeding

       ☐ I am a party to a contested matter

       ☐ I am the attorney for the debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's/s(s') equity interests:

       *[For additional names, attach an addendum to this form.]*

b.     ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____    January 6, 2010
Signature of Attorney or Declarant         Date

Babette Heimbuch
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
April 2007
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **FirstFed Financial Corp.** _____

Case No. _____

Debtor(s)

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Delaware Secretary of State Delaware Franchise Tax Div of Corp., Dept. 74072 Baltimore, MD 21274** | Delaware Secretary of State Delaware Franchise Tax Div of Corp., Dept. 74072 Baltimore, MD 21274 | Fees | | 33,000.00 |
| **FBR Capital Markets 1001 Nineteenth Street North Arlington, VA 22209** | FBR Capital Markets 1001 Nineteenth Street North Arlington, VA 22209 | Professional services | | Unknown |
| **First Federal Bank of California 12555 W. Jefferson Blvd. Los Angeles, CA 90066** | First Federal Bank of California 12555 W. Jefferson Blvd. Los Angeles, CA 90066 | | | Unknown |
| **Grant Thornton LLP 1000 Wilshire Blvd., #300 Los Angeles, CA 90017** | Grant Thornton LLP 1000 Wilshire Blvd., #300 Los Angeles, CA 90017 | Professional Services | | Unknown |
| **Grazia M. Galuppo 27145 Manor Circle Santa Clarita, CA 91354** | Grazia M. Galuppo 27145 Manor Circle Santa Clarita, CA 91354 | Unliquidated litigation claim | | Unknown |
| **Hexagon Securities LLC 555 Madison Ave. 25th Floor New York, NY 10022** | Hexagon Securities LLC 555 Madison Ave. 25th Floor New York, NY 10022 | Professional services | | Unknown |
| **HQ Global Workplaces 6320 Canoga Ave. Suite 1500 Woodland Hills, CA 91367** | HQ Global Workplaces 6320 Canoga Ave. Suite 1500 Woodland Hills, CA 91367 | Landlord | | 2,000.00 |
| **Manatt, Phelps, & Phillips LLP 695 Town Center Drive, 14th Floor Costa Mesa, CA 92626** | Manatt, Phelps, & Phillips LLP 695 Town Center Drive, 14th Floor Costa Mesa, CA 92626 | Accrued legal fees | | Unknown |
| **Morrison & Foerster LLP 555 West Fifth Street Suite 3500 Los Angeles, CA 90013-1024** | Morrison & Foerster LLP 555 West Fifth Street Suite 3500 Los Angeles, CA 90013-1024 | Legal fees | | Unknown |
| **Nixon Peabody LLP 437 Madison Ave. New York, NY 11002** | Nixon Peabody LLP 437 Madison Ave. New York, NY 11002 | Legal fees | | Unknown |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re   **FirstFed Financial Corp.**                                                                Case No. _____

                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Registrar & Transfer Company<br>10 Commerce Drive<br>Cranford, NJ 07016 | Dan Flynn; (800) 866-1340 ext. 2514<br>Registrar & Transfer Company<br>10 Commerce Drive<br>Cranford, NJ 07016 | Professional Services | | Unknown |
| RR Donnelley<br>355 S Grand Ave<br>Los Angeles, CA 90071 | RR Donnelley<br>355 S Grand Ave<br>Los Angeles, CA 90071 | Services rendered after September 2009 | | Unknown |
| Wilmington Trust Company, Trustee<br>1100 N. Market Street<br>Wilmington, DE 19890 | Patrick Healy; (302)636-6391<br>Wilmington Trust Company, Trustee<br>1100 N. Market Street<br>Wilmington, DE 19890 | Fees and expenses in connection with debt securities offering | | Unknown |
| Wilmington Trust Company, Trustee<br>1100 N. Market Street<br>Wilmington, DE 19890 | Patrick Healy; (302)636-6391<br>Wilmington Trust Company, Trustee<br>1100 N. Market Street<br>Wilmington, DE 19890 | Senior debt due 2015. Claim includes outstanding pronciple and interest. Interest accrues at approx $9,145.83 per diem.<br><br>Includes interest through 1 | | 53,429,687.56 |
| Wilmington Trust Company, Trustee<br>1100 N. Market Street<br>Wilmington, DE 19890 | Patrick Healy; (302)636-6391<br>Wilmington Trust Company, Trustee<br>1100 N. Market Street<br>Wilmington, DE 19890 | Senior debt due 2016. Claim includes outstanding principal and interest. Interest accrues at approximately $8,652.78 per diem.<br><br>Includes interest th | | 53,244,791.61 |
| Wilmington Trust Company, Trustee<br>1100 N. Market Street<br>Wilmington, DE 19890 | Patrick Healy; (302)636-6391<br>Wilmington Trust Company, Trustee<br>1100 N. Market Street<br>Wilmington, DE 19890 | Senior debt due 2017.  Claim amount includes outstanding principal and interest. Interest accrues at approx. $7,847.22 per diem.<br><br>Includes interest | | 52,942,708.33 |
| | | | | |
| | | | | |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re   **FirstFed Financial Corp.**                                    Case No. _____
                                   Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   January 6, 2010                    Signature   _Babette Heimbuch_
                                                      **Babette Heimbuch**
                                                      **Chief Executive Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

## United States Bankruptcy Court
### Central District of California

In re    **FirstFed Financial Corp.**

Debtor

Case No. _____

Chapter _____ **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| List of Registered Holders of Debtor's Common Stock as of December 21, 2009, attached hereto as Exhibit A. | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____ January 6, 2010 _____

Signature _____ *Babette Heimbuch* _____

**Babette Heimbuch**
**Chief Executive Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**Exhibit A**
**List of Holders of Debtor's Common Stock as of December 21, 2009**

```
TUESDAY DECEMBER 22, 2009        2009122200462279809973CORP0012                                    PAGE:       1
REPORT OLSWL06                   FIRSTFED FINANCIAL CORP.
5015                             COMMON
12/21/2009

                                 SHAREHOLDER LISTING ORDERED ALPHABETICALLY
                                 -----------------------------------------

ACCT NUMBER            SHARES   ACCT NUMBER            SHARES   ACCT NUMBER            SHARES   ACCT NUMBER            SHARES
 REGISTRATION                    REGISTRATION                    REGISTRATION                    REGISTRATION

0000110000                      0000250007            60.0000  0000380008                      0000380008          756.0000
TAXID:ON FILE                   TAXID:ON FILE                   TAXID:ON FILE

ARNOLD I ABRAMSON &             KAREN ALBI                      YADIRA AMAYA
MIRIAM I ABRAMSON JT TEN        2225 B NELSON AVE               684 S BERENDO ST #10
3306 S MC LAUGHLIN AV           REDONDO BEACH CA 90278 2409     LOS ANGELES CA 90005 1722
LOS ANGELES CA 90066 2005

3453434007                      0000270008            63.0000  0000390003                      0000390003          526.0000
TAXID:ON FILE                   TAXID:ON FILE                   TAXID:ON FILE

GISELLE ACEVEDO (REP)           JOYCE ALEXANDER                 YADIRA AMAYA
C/O FIRSTFED FINANCIAL CORP     923 17TH ST                     684 S BERENDO ST # #10
12555 WEST JEFFERSON BLVD       SANTA MONICA CA 90403 3203      LOS ANGELES CA 90005 1722
LOS ANGELES CA 90066

1444231003            40.0000  0000260002           582.0000  0000400009                      0000400009          300.0000
TAXID:ON FILE                   TAXID:ON FILE                   TAXID:ON FILE

BANK OF THE WEST CUST FBO       MICHAEL ALEXANDER               YADIRA AMAYA
NANABFIA ACQUAH IRA             13112 HAAS ST                   684 S BERENDO ST 10
ACCT #AX6-021726                GARDENA CA 90249 1715           LOS ANGELES CA 90005 1722
13505 CALIFORNIA STREET PLAZA WEST
OMAHA NE 68154

0000130001             2.0000  0000280003            22.0000  0000520004                      0000520004          130.0000
TAXID:ON FILE                   TAXID:ON FILE                   TAXID:ON FILE

DAN ADAMS &                     RUSSELL ALLEGRETTE              MARJORIE ANDREWS
MICHELLE PAGE JT TEN            559 ALMOLOYA DR                 15761 SW 85TH ST
1538 YALE                       PACIFIC PALISADES CA 90272 4426 MIAMI FL 33193 5217
SANTA MONICA CA 90404 3610

0000160008           206.0000  0000360007            24.0000  0000530018                      0000530018           68.0000
TAXID:ON FILE                   TAXID:ON FILE                   TAXID:ON FILE

BLANCA IRMA AHMED               HORTENCIA ALVAREZ               MARJORIE ANDREWS
1317 N ALVARADO ST              2937 BENTLEY AVE                15761 SW 85TH ST
LOS ANGELES CA 90026 3128       LOS ANGELES CA 90064 4005       MIAMI FL 33193
```

TUESDAY DECEMBER 22, 2009
REPORT OLSWL06
5015
12/21/2009

2009122200462279809 73CORP0012
FIRSTFED FINANCIAL CORP.
COMMON

SHAREHOLDER LISTING ORDERED ALPHABETICALLY

PAGE: 2

| ACCT NUMBER / REGISTRATION | SHARES | ACCT NUMBER / REGISTRATION | SHARES | ACCT NUMBER / REGISTRATION | SHARES |
|---|---|---|---|---|---|
| 0000540005 TAXID:ON FILE | 41.0000 | 0000670006 TAXID:ON FILE | 24.0000 | 1793700009 TAXID:ON FILE | 94.0000 |
| THERMKIART ANGIRIKUL 18865 BRASILIA DR NORTHRIDGE CA 91326 1919 | | ALISA AUBERT 6015 S VAN NESS AVE LOS ANGELES CA 90047 1031 | | LATEEF BANKS 401 WILSHIRE BLVD SANTA MONICA CA 90401 | |
| 0000590002 TAXID:ON FILE | 630.0000 | 0000680001 TAXID:ON FILE | 638.0000 | 2540138009 TAXID:ON FILE | 23.0000 |
| MARYAM ARASTOOZAPEH & HOUSHANG ARASTOOZAPEH JT TEN 2160 CENTURY PARK E - #808 LOS ANGELES CA 90067 2218 | | ANTHONY AUER 2405 7TH ST SANTA MONICA CA 90405 3805 | | ROSEMARY BARNAJIAN 6217 NEWCASTLE AVE ENCINO CA 91316 | |
| 0000600008 TAXID:ON FILE | 16.0000 | 2263531003 TAXID:ON FILE | 1.0000 | 0000880000 TAXID:ON FILE | 204.0000 |
| LESLIE ARAY 839 HURON DR CLAREMONT CA 91711 | | GAYANE AVETISYAN 1361 N SERRANO AVENUE LOS ANGELES CA 90027 | | PERNEATHER BATTLE, JR. & VIVIAN L BATTLE JT TEN 1837 21ST STREET SANTA MONICA CA 90404 3918 | |
| 0301459002 TAXID:ON FILE | 835.0000 | 0020310005 TAXID:ON FILE | 22.0000 | 0000910007 TAXID:ON FILE | 50.0000 |
| BRIAN E ARGRETT (RRP) C/O FIRST FEDERAL BANK OF CALIFORNIA ATTN PAT PLAYER 401 WILSHIRE BLVD 4TH FLR SANTA MONICA CA 90401 | | JOEL AZURIN 1415 REDPOST COURT DIAMOND BAR CA 91765 | | PERNEATHER BATTLE, JR. & ESTHER LEE COLEMAN BATTLE JT TEN 1837 21ST ST SANTA MONICA CA 90404 3918 | |
| 0000610003 TAXID:ON FILE | 127.0000 | 0000770000 TAXID:ON FILE | 320.0000 | 0000950009 TAXID:ON FILE | 630.0000 |
| CHARLES H ARMSTRONG & MARY EDNA ARMSTRONG TR UA 7 6 92 ARMSTRONG FAMILY TRUST 500 W SANTA MARIA ST #26 SANTA PAULA CA 93060 3531 | | RAMESH BAKHSHAYANDEH 3648 SEAHORN DRIVE MALIBU CA 90265 5601 | | THERESA BECERRA 1010-19TH ST #3 SANTA MONICA CA 90403 | |

```
TUESDAY DECEMBER 22, 2009        2009122200462279809730CORP0012                              PAGE: 3
REPORT OLSWL06                   FIRSTFED FINANCIAL CORP.
5015                             COMMON
12/21/2009

                                SHAREHOLDER LISTING ORDERED ALPHABETICALLY
```

| ACCT NUMBER / REGISTRATION | SHARES | ACCT NUMBER / REGISTRATION | SHARES | ACCT NUMBER / REGISTRATION | SHARES |
|---|---|---|---|---|---|
| 0001020005<br>TAXID:ON FILE<br>DIANE BERREAL<br>715 W TICHENOR ST<br>COMPTON CA 90220 4415 | 24.0000 | 0001200003<br>TAXID:ON FILE<br>DONNA BLAZIO<br>11945 MCDONALD ST<br>CULVER CITY CA 90230 | 24.0000 | 0001340018<br>TAXID:ON FILE<br>SEMYON BOLOTIN<br>11862 BALBOA BLVD 175<br>GRANADA HILLS CA 91344 | 146.0000 |
| 0000660000<br>TAXID:ON FILE<br>LOUISE Z ATLASON CUST<br>THOMAS MORGAN BERLINER III<br>UNIF GIFT MIN ACT CA<br>3715 WADE ST<br>LOS ANGELES CA 90066 3621 | 1,052.0000 | 0022650008<br>TAXID:ON FILE<br>CHRISTINE BLOOMQUIST<br>962 N WORKMAN<br>SAN FERNANDO VALLEY CA 91340 | 56.0000 | 0001350005<br>TAXID:ON FILE<br>SIMON BOLOTIN<br>11862 BALBOA BLVD 175<br>GRANADA HILLS CA 91344 | 87.0000 |
| 0001150006<br>TAXID:ON FILE<br>JOSEPH BLACKMAN<br>2400 SAN DIMAS CANYON RD APT #311<br>LA VERNE CA 91750 | 12.0000 | 0001250000<br>TAXID:ON FILE<br>DIANE BOCK<br>740 LACAHMAN LN<br>PACIFIC PALISADES CA 90272 2803 | 154.0000 | 0001380001<br>TAXID:ON FILE<br>LEE BONNELL &<br>JOSEPHINE BONNELL JT TEN<br>C/O JOSEPHINE MASTERSON<br>23831 BLUEHILL BAY<br>DANA POINT CA 92629 | 82.0000 |
| 0001160001<br>TAXID:ON FILE<br>SIMONE BLAIS<br>4335 MARINA CITY DR APT 1146ETS<br>MARINA DEL REY CA 90292 5800 | 574.0000 | 0001270001<br>TAXID:ON FILE<br>MARY MORTENSEN BOESGAARD<br>2351 MIDVALE AVE<br>LOS ANGELES CA 90064 | 47.0000 | 0001370006<br>TAXID:ON FILE<br>SUZANNE BONNER<br>3161 DRUID LANE<br>ROSSMOOR CA 90720 5214 | 12.0000 |
| 1273548008<br>TAXID:ON FILE<br>HORST E BLASI TTEE<br>THE ANNI BLASI FAMILY TRUST DTD<br>SEPTEMBER 07 2004<br>3929 ALLA ROAD<br>LOS ANGELES CA 90066 | 116.0000 | 3460906008<br>TAXID:NOT ON FILE<br>ELIZABETH BOLOTIN TRUSTEE<br>ELIZABETH BOLOTIN REVOCABLE LIVING<br>TRUST U/A DTD DECEMBER 16 1997<br>100 ATLANTIC AVENUE UNIT 514<br>LONG BEACH CA 90802 | 254.0000 | 0001390007<br>TAXID:ON FILE<br>JANEZ Y BORDEAUX<br>3990 MANDEVILLE CANYON RD<br>LOS ANGELES CA 90049 1030 | 126.0000 |

```
TUESDAY DECEMBER 22, 2009          2009122220046227980973CORP0012                                          PAGE:  4
REPORT OLSWL06                     FIRSTFED FINANCIAL CORP.
5015                               COMMON
12/21/2009
                                   SHAREHOLDER LISTING ORDERED ALPHABETICALLY
```

| ACCT NUMBER / REGISTRATION | SHARES | ACCT NUMBER / REGISTRATION | SHARES | ACCT NUMBER / REGISTRATION | SHARES |
|---|---|---|---|---|---|
| 1375420000<br>TAXID:ON FILE<br>KEVIN BOSETTI<br>2850 DELAWARE AVE<br>SANTA MONICA CA 90404 | 130.0000 | 3075810004<br>TAXID:ON FILE<br>AUDREY BOYLE TRUSTEE<br>MATTHEW A R BOYLE DECEDENTS TRUST<br>752 PASEO MIRAMAR<br>PACIFIC PALISADES CA 90272 | 2,487.0000 | 0001610007<br>TAXID:ON FILE<br>AUDREA BROWN<br>2730 N 95TH STREET<br>INGLEWOOD CA 90305 3019 | 16.0000 |
| 0001420003<br>TAXID:ON FILE<br>SHIRLEY BOURNE<br>BOX 61<br>ALSEA OR 97324 0061 | 140.0000 | 0001510002<br>TAXID:ON FILE<br>GEORGE B BRADSHAW<br>1409 LODGEPOLE DR<br>HEMET CA 92545 | 126.0000 | 0001620002<br>TAXID:ON FILE<br>GRACE BROWN<br>1354 BRENTWOOD WAY<br>HEMET CA 92545 8156 | 312.0000 |
| 0960843000<br>TAXID:ON FILE<br>ALAYNE ROVEE<br>914 4TH ST<br>SANTA MONICA CA 90403 | 1,320.0000 | 0515656003<br>TAXID:ON FILE<br>ROBERT BRADY<br>662 ENCHANTED WAY<br>PACIFIC PALISADES CA 90272 | 37.0000 | 0001670018<br>TAXID:ON FILE<br>SUSAN BROWN<br>1003 NW 6TH AVE<br>BOYNTON BEACH FL 33426 3527 | 24.0000 |
| 0001460005 BAD ADDRESS<br>TAXID:ON FILE<br>FURAHA BOWMAN<br>1205 W 97TH ST<br>LOS ANGELES CA 90044 1813 | 50.0000 | 0081925018<br>TAXID:ON FILE<br>KENNETH A BRINKER<br>17769 BANKS RD<br>PEMBERVILLE OH 43450 | 1.0000 | 0001700006<br>TAXID:ON FILE<br>SUSAN BRUNELL<br>2997 EL PASO AVE<br>SIMI VALLEY CA 93063 1737 | 24.0000 |
| 0283626003<br>TAXID:ON FILE<br>AUDREY BOYLE TRUSTEE<br>BOYLE FAMILY TRUST<br>U/A DTD 08/25/2004<br>752 PASEO MIRAMAR<br>PACIFIC PALISADES CA 90272 | 675.0000 | 1980322004<br>TAXID:ON FILE<br>AMERICAN SKANDIA ASAP III IRA<br>FBO C BRONILLA<br>ACCT# E0536600<br>2101 WELSH ROAD<br>DRESHER PA 19025 | 101.0000 | 0021280002<br>TAXID:ON FILE<br>GERALD B BRUVER TR<br>U/A 12/16/88<br>GERALD B BRUVER TRUST<br>8160 GOULD AVE<br>LOS ANGELES CA 90046 1960 | 1,190.0000 |

```
TUESDAY DECEMBER 22, 2009          20091222004622798097J3CORP0012                                                    PAGE:  5
REPORT OL5WL06                     FIRSTFED FINANCIAL CORP.
5015                               COMMON
12/21/2009

                                   SHAREHOLDER LISTING ORDERED ALPHABETICALLY


ACCT NUMBER               SHARES   ACCT NUMBER               SHARES   ACCT NUMBER               SHARES
REGISTRATION                       REGISTRATION                       REGISTRATION

2352113002                1.0000   0001810006              106.0000   0001890018              312.0000
TAXID:ON FILE                      TAXID:ON FILE                      TAXID:ON FILE

STEPHANIE BRYANT                   ALBERT W BURKS & DELPHINE          PATRICIA A BUTTS
14665 HANOVER STREET               BURKS JT TEN                       3235 SAWTELLE BLVD # 20
SAN LEANDRO CA 94579               815 SAN VICENTE BOULEVARD          LOS ANGELES CA 90066
                                   SANTA MONICA CA 90402 1923

0001770004            1,052.0000   0001820001               76.0000  0023240008               90.0000
TAXID:ON FILE                      TAXID:ON FILE                      TAXID:ON FILE

MICHAEL BENJAMIN BULAND &          KEVIN BURKS                        MARIA CABISON
LYNNE MAUREEN BULAND JT TEN        4675 ALDRICH DR S                  119 N SERRANO AVENUE
1920 WASHINGTON AVE                PRESCOTT AZ 86305 7412             LOS ANGELES CA 90004
GOLDEN CO 80401 2355

0001780018              466.0000   0001860003              524.0000   0001920006            1,513.0000
TAXID:ON FILE                      TAXID:ON FILE                      TAXID:ON FILE

ESTHER BULKA                       MARY LOUISE SWARTZ BURNETT         ANTOINETTE CAILOTTO
10302 ILONA AV                     446 21ST PLACE                     25882 EMPALMO CT
LOS ANGELES CA 90064 2543          SANTA MONICA CA 90402 3116         VALENCIA CA 91155 1919

0001830007 BAD ADDRESS   24.0000   0001870009               10.0000  0001910000              786.0000
TAXID:ON FILE                      TAXID:ON FILE                      TAXID:ON FILE

BRIAN BURDICK                      BETTY A BUSCH                      ANTOINETTE M CAILOTTO &
1641 AMADOR LN                     P O BOX 723                        JOHN J CAILOTTO JT TEN
HENDERSON NV 89012                 TOPOCK AZ 86436                    25882 EMPALAMO CT
                                                                      VALENCIA CA 91355 1919

0001850008              786.0000   0001880004              232.0000  0001930001               75.0000
TAXID:ON FILE                      TAXID:ON FILE                      TAXID:ON FILE

ELMER BURKHARDT                    MERRIE BUSCH                       ANTOINETTE M CAILOTTO
TR UA 07 05 91                     1872 PORT TAGGART PLACE            25882 EMPALMO CT
ELMER BURKHARDT FAMILY TRUST       NEWPORT BEACH CA 92660 6605        VALENCIA CA 91355
PO BOX 1159
MORONGO VALLLEY CA 92256 1159
```

TUESDAY DECEMBER 22, 2009
REPORT OLSWL06
5015
12/21/2009

200912220046227980973CORP0012
FIRSTFED FINANCIAL CORP.
COMMON

PAGE: 6

## SHAREHOLDER LISTING ORDERED ALPHABETICALLY

| ACCT NUMBER / REGISTRATION | SHARES | ACCT NUMBER / REGISTRATION | SHARES | ACCT NUMBER / REGISTRATION | SHARES |
|---|---|---|---|---|---|
| 2220901003<br>TAXID:ON FILE<br>JANET CAILOTTO & JOHN CAILOTTO &<br>MARY MIANI & CHERYL MURPHY JT TEN<br>37311 47TH EAST SP # 113<br>PALMDALE CA 93552 | 1,052.0000 | 1991335005<br>TAXID:ON FILE<br>JENA A CAMPION<br>3655 ARTESIA BLVD #105<br>TORRANCE CA 90504 | 1.0000 | 0000010006<br>TAXID:ON FILE<br>CEDE & CO<br>C/O DEPOSITORY TRUST CO<br>ATTN BETTY BRKANOVIC<br>55 WATER STREET<br>NEW YORK NY 10041 | 12866,751.0000 |
| 0001970003<br>TAXID:ON FILE<br>CONSUELO CALDAS<br>318 W ELLIS AVE<br>INGLEWOOD CA 90302 1107 | 38.0000 | 0002070006<br>TAXID:ON FILE<br>GUDELIA C CARASAS &<br>LINDA BECK JT TEN<br>833 KODAK<br>LOS ANGELES CA 90026 2707 | 254.0000 | 0022140018<br>TAXID:ON FILE<br>SANDRA CERNAS<br>2248 ALSACE AVENUE<br>LOS ANGELES CA 90016 | 41.0000 |
| 0002070001<br>TAXID:ON FILE<br>MELVIN A CALLOWAY<br>236 N LOUISE ST UNIT 211<br>GLENDALE CA 91206 4258 | 88.0000 | 1054919000<br>TAXID:ON FILE<br>ANTHONY CARR<br>1227 S CITRUS AVENUE<br>LOS ANGELES CA 90019 | 49.0000 | 0002320002<br>TAXID:ON FILE<br>MONICA CERNIK<br>704 12TH ST<br>SANTA MONICA CA 90402 2912 | 62.0000 |
| 0002000008<br>TAXID:ON FILE<br>FRANK CAMPA &<br>PAT CISNEROS JT TEN<br>2900 GRAYSON AVE<br>MARINA DEL REY CA 90291 4650 | 40.0000 | 0002190001<br>TAXID:ON FILE<br>OPHELIA CASILLAS &<br>RICHARD ALLEN CRUZ JT TEN<br>17512 ELGAR AV<br>TORRANCE CA 90504 3421 | 254.0000 | 0002330008 BAD ADDRESS<br>TAXID:ON FILE<br>JOHN CESARIO &<br>ELIZABETH CESARIO<br>TR UA 12 14 90<br>JOHN & ELIZABETH CESARIO TRUST<br>2558 MIDVALE AVE<br>LOS ANGELES CA 90064 3229 | 2,842.0000 |
| 0002010003<br>TAXID:ON FILE<br>FRANK CAMPA &<br>DOLORES CASIO JT TEN<br>2900 GRAYSON AVE<br>MARINA DEL REY CA 90291 4650 | 164.0000 | 0002210002<br>TAXID:ON FILE<br>ELLIS H CASSON<br>1819 S 116TH ST #202<br>SEATTLE WA 98168 | 10.0000 | 0002360004<br>TAXID:ON FILE<br>DANIEL CHABAY &<br>HELENE CHABAY JT TEN<br>558 15TH ST<br>SANTA MONICA CA 90402 2934 | 2,106.0000 |