# UNITED STATES BANKRUPTCY COURT
## Central District Of California

**Debtor(s) Name:**

**FirstFed Financial Corp.**

**For Court Use Only**

**FILED**

**February 24, 2010**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY PGN DEPUTY CLERK

**Chapter: 11**

**Case Number: 1:10–bk–10150–GM**

# ORDER CLOSING CASE

*The above referenced case has been transferred. An order was approved and entered on , and this case is therefore closed.*

*Dated:* 2/24/10

*By Order of the United States Bankruptcy Court*

**Kathleen J. Campbell**
*Clerk of Court*

19/ PGN